# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CHRISTOPHER STONE**,

    Plaintiff,

v.

**ALLIED INDUSTRIAL SUPPLY, LLC**,

    Defendant.

Civil Action No. 22-5941 (ZNQ) (LHG)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Transfer Case to United States District Court for the Western District of Michigan filed by Defendant Allied Industrial Supply, LLC ("Defendant"). ("Motion", ECF No. 10.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **6th** day of **April 2023**,

    **ORDERED** that Defendant's Motion (ECF No. 10) is hereby **GRANTED**, and this matter is hereby **TRANSFERRED** to the United States District Court for the Western District of Michigan; and it is further

    **ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

    s/ Zahid N. Quraishi
    **ZAHID N. QURAISHI**
    **UNITED STATES DISTRICT JUDGE**